**United States Bankruptcy Court**
**Eastern District of New York**

In re  East End Bus Service LLC                             Case No.
                          Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  10/5/18

John Mensch/Member
Signer/Title

Date:  10/5/18

/s/ Marc A. Pergament
Signature of Attorney
Marc A. Pergament
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Suite 403
Garden City, NY 11530
(516) 877-2424   Fax: (516) 877-2460

David Fogel, Esq.
1225 Franklin Avenue, Suite 522
Garden City, NY 11530


Franklin Funding Group LLC
3611 14th Avenue #423
Brooklyn, NY 11218


In Advance Capital LLC
428 Central Avenue, Suite B
Cedarhurst, NY 11516


Isreal Weinstein, Esq.
P.O. Box 670988
Flushing, NY 11357